IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17cr197 |
| | | Judge Walter H. Rice |
| v. | : | |
| (1) DONYE MCCLESKEY | : | ORDER TO UNSEAL |
| a/k/a "DONYE MCCLESKY" | | INDICTMENT (R.29) FORWARD |
| a/k/a "DONYE BEY" | : | |
| (2) HOUDA EZAMANE HAMADI | : | |
| Defendants | | |

IT IS HEREBY ORDERED that the Indictment (R.29) forward previously filed herein and ordered sealed by the order of this Court on December 5, 2017, be unsealed by the Clerk of Courts.

DATE: 12-13-17

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT